IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

JEREMY GARCIA and CG,                                    Civ. No. 6:22-cv-00118-AA

　　　　　Plaintiffs,                                         **OPINION AND ORDER**

　　　　v.

ALEXANDER JONES; SHELBY
FOLDEN; LINN COUNTY COURT
HOUSE; LINN COUNTY SHERIFF;
ALBANY POLICE DEPARTMENT;
and OREGON STATE CREDIT
UNION,

　　　　　Defendants.

_____

AIKEN, District Judge:

　　　　Plaintiff has indicated to court staff that he intends to file physical objects as exhibits in support of an amended complaint, including laptop computers and credit cards.  Plaintiff is to refrain from doing so and court staff shall not accept custody of any such items from Plaintiff.  If Plaintiff wishes to submit exhibits in support of his amended complaint, they must be in the form of papers, digital photographs, or other easily digitized media.

**CONCLUSION**

　　　　The Court will not accept submission or custody of physical objects from Plaintiff at this time.  Plaintiff is cautioned that failure to comply with this directive

Page 1 – OPINION AND ORDER

may result in entry of a judgment of dismissal pursuant to Federal Rule of Civil Procedure 41(b).

It is so ORDERED and DATED this _____8th_____ day of March 2022.


_/s/Ann Aiken_____
ANN AIKEN
United States District Judge