IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| JEREMY GARCIA; | Civ. No. 6:22-cv-00118-AA |
| Plaintiffs, | **OPINION AND ORDER** |
| v. | |
| ALEXANDER JONES; SHELBY FOLDEN; LINN COUNTY COURT HOUSE; LINN COUNTY SHERIFF; ALBANY POLICE DEPARTMENT; OREGON STATE CREDIT UNION, | |
| Defendants. | |

AIKEN, District Judge.

*Pro se* Plaintiff Jeremy Garcia originally sought leave to proceed *in forma pauperis* ("IFP") in this action, ECF No. 2, and moved for appointment of counsel, ECF No. 3. After screening Plaintiff's Complaint, ECF No. 1, under 28 U.S.C. § 1915(e)(2)(B), the Court determined that Plaintiff failed to state a claim according to Federal Rule of Civil Procedure 12(b)(6) and dismissed the Complaint with leave to amend. *See* Order, at 4, ECF No. 8.

Ultimately Plaintiff chose to proceed without IFP status and filed an amended Complaint. ECF No. 10. In its July 14, 2022 Opinion and Order, ECF No. 62, the Court granted certain Defendants' Motions to Dismiss, ECF Nos. 20, 21, and 25. The Court ordered that within fourteen days of the date of its Order, Plaintiff must show good cause in writing why he had not properly served Defendants FBI and Linn

County Court House.  ECF No. 62.

Plaintiff has not responded to the Court's Order and the time for filing has now passed. Therefore, the Court DISMISSES this case without prejudice and final judgment shall be entered accordingly.

It is so ORDERED and DATED this ___5th___ day of August 2022.

                                       /s/Ann Aiken
                                      ANN AIKEN
                                      United States District Judge